133 A.3d 636

IN THE MATTER OF STACY E. SCHWARZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 049241992).

April 15, 2016.

## ORDER

This matter having been opened to the Court by the Director of the Office of Attorney Ethics and with the consent of **STACY E. SCHWARZ** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1993, to be transferred to disability inactive status pursuant to *Rule* 1:20–12,

And the Office of Attorney Ethics and respondent having agreed that respondent lacks the capacity to practice law;

And good cause appearing;

It is ORDERED that **STACY E. SCHWARZ** is hereby transferred to disability inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **STACY E. SCHWARZ** is hereby restrained from practicing law during the period that she remains on disability inactive status; and it is further

ORDERED that **STACY E. SCHWARZ** comply with *Rule* 1:20–20 governing incapacitated attorneys.